Argued and submitted November 4, 2009, affirmed June 16, petition for review allowed October 21, 2010 (349 Or 173)

PAUL SANSONE,
*Plaintiff-Respondent,*

*v.*

Rob GORDON,
in his official capacity as
the Sheriff of Washington County,
*Respondent-Appellant.*

STEVEN SCHWERDT,
*Plaintiff-Respondent,*

*v.*

Rob GORDON,
in his official capacity as
the Sheriff of Washington County,
*Respondent-Appellant.*

LEE WALLICK,
*Plaintiff-Respondent,*

*v.*

Rob GORDON,
in his official capacity as
the Sheriff of Washington County,
*Respondent-Appellant.*

Washington County Circuit Court
C073809CV, C073810CV, C073811CV; A139802

234 P3d 150

Elmer M. Dickens argued the cause and filed the brief for appellant.

Leland R. Berger argued the cause for respondents. With him on the joint brief was John C. Lucy, IV.

Before Wollheim, Presiding Judge, and Brewer, Chief Judge, and Sercombe, Judge.*

———————
* Brewer, C. J., *vice* Edmonds, P. J.

PER CURIAM